UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANA McMASTER, | ) | 1:04-CV-06453-AWI-LJO-P |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT |
| v. | ) ) | (DOCUMENT #11) |
| JAMES A. YATES, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 28, 2006, plaintiff filed a motion for an extension of time to file an amended complaint, pursuant to the court's order of July 6, 2006. On August 7, 2006, plaintiff filed the amended complaint in a timely manner. Therefore, an extension of time is not needed at this juncture. Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for an extension of time to file an amended complaint is DENIED AS MOOT.

IT IS SO ORDERED.

**Dated:   September 6, 2006**              /s/ Lawrence J. O'Neill
b6edp0                                                        UNITED STATES MAGISTRATE JUDGE