UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA McMASTER,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DR. THOMAS, et al.<br><br>　　　　　　Defendants. | Case No.: 1:04-CV-6453-FRZ<br><br>**ORDER GRANTING REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY FOR DEFENDANTS K. NICHOLES, SALAZAR and SEDWICK** |

Defendants, K. NICHOLES, SALAZAR and SEDWICK, having filed a Request for court approval of substitution of attorneys. Defendants named in this Order seeks to substitute current counsel, Attorney General of the State of California, with Susan E. Coleman of Manning & Marder Kass Ellrod Ramirez LLP.

///

///

///

1  For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E.
2  Coleman of Manning & Marder Kass Ellrod Ramirez will serve as counsel of record
3  for Defendants, K. NICHOLES, SALAZAR and SEDWICK in this action.
4
5  DATED this 26th day of October, 2009.
6
7
8
9  *Frank R. Zapata*
   FRANK R. ZAPATA
10 United States District Judge

1 | Respectfully submitted,
2 |
3 | Susan E. Coleman, Esq.
4 | State Bar No. 171832
5 | MANNING & MARDER
6 | KASS, ELLROD, RAMIREZ LLP
7 | 15th Floor at 801 Tower
8 | 801 South Figueroa Street
9 | Los Angeles, CA 90017
10 | Telephone: (213) 624-6900
11 | Facsimile: (213) 624-6999
12 | Email: sec@mmker.com
13 |
14 | Attorneys for Defendants,
15 | K. NICHOLES, SALAZAR and SEDWICK
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |