IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dana McMaster,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Doctor Thomas, et al.,<br><br>　　　　Defendants. | No. CV 1-04-6453-FRZ<br><br>**ORDER** |

　　　The Court hereby grants the request (Doc. 63) of Defendants K. NICHOLES, F. SALAZAR, SEDWICK, ORTIZ, AND J. THOMAS, to depose plaintiff Dana McMaster, K-92462, in pro per, an incarcerated individual, upon reasonable notice pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure and in accordance with the rules and regulations of the prison.

　　　DATED this 23rd day of November, 2010.

_____
Frank R. Zapata
Senior United States District Judge